UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **DIRECTV, INC.,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | |
| v. ) | No. 3:05cv0682 AS |
| ) | |
| **PAUL VALENTAS,** ) | |
| ) | |
| **Defendant.** ) | |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case. Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on January 23, 2007, and as of today, there were no objections or responses filed by the defendant. This court now **ADOPTS** the recommendation of the magistrate judge. The Court will enter a separate order granting the motion for default judgment. **IT IS SO ORDERED.**

**DATED: February 20, 2007**

                      **S/ ALLEN SHARP**
                      **ALLEN SHARP, JUDGE**
                      **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein